| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |

GEORGE LLOYD, §
　§
　　　　Plaintiff, §
　§
*versus* § CIVIL ACTION NO. 9:11-CV-6
　§
THE MADE-RITE COMPANY, §
　§
　　　　Defendant. §

**ORDER ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES
MAGISTRATE JUDGE**

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of this case has been presented for consideration. The Report and Recommendation recommends that Defendant's 12(b)(6) Motion to Dismiss Plaintiff's State Law Claims (#4) be granted and that Plaintiff's state claims of intentional inflection of emotional distress and negligent hiring, supervision, training, and/or retention against Defendant be dismissed with prejudice. Plaintiff's federal claims of ADEA and FMLA remain. No written objections have been filed. The Court therefore adopts the findings and conclusions of the Magistrate Judge as those of the Court.

In light of the foregoing, it is

**ORDERED** that Defendant's 12(b)(6) Motion to Dismiss Plaintiff's State Law Claims (#4) is **GRANTED**.

SIGNED at Beaumont, Texas, this 7th day of March, 2011.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE